IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY LYNN ANN RATLIFFE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-1622 |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of February, 2022, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 18), Defendant's Response thereto (Doc. No. 19), and Plaintiff's Reply (Doc. No. 20), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE